UNITED STATES DISTRICT COURT

District of Maine

| | |
|---|---|
| JAMES JETER WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil No. 1:16-cv-00157-JAW |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| COMMISSIONER SOCIAL SECURITY | ) |
| ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 5, 2016 his Recommended Decision. Plaintiff filed his objections to the Recommended Decision on December 19, 2016 and Defendant filed her response to those objections on December 29, 2016. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. Accordingly, the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2016.